AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas



|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | **CLERK, U.S. DISTRICT COURT** |
|  | ) | **TEXAS EASTERN** |
| Nathan Taylor (1) and Michele Renea Sewell (2) | ) | |
|  | ) | |
|  | ) | |

Case No.
4:25-MJ-118

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 2020, to the present _____ in the county of _____ Fannin _____ in the

_____ Eastern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with the Intent to Manufacture and Distribute and |
|  | Distribution of Methamphetamine |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Makinley Ott DEA
*Printed name and title*

Date:  4/25/2025

_____
*Judge's signature*

City and state:  _____ Sherman, Texas _____

Aileen Goldman Durrett, U.S. Magistrate Judge
*Printed name and title*